| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | ANGELA M. HANSEN |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | Telephone: (510) 637-3500 |

Counsel for Defendant MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-00300 PJH |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE BAIL REVIEW |
| | ) | HEARING DATE TO JUNE 27, 2013 AND |
| vs. | ) | TO EXCLUDE TIME UNDER SPEEDY |
| | ) | TRIAL ACT |
| | ) | |
| ANTHONY MITCHELL, | ) | **The Hon. Kandis A. Westmore** |
| | ) | |
| Defendant. | ) | Date:  May 30, 2013 |
| _____ | ) | Time:  9:30 a.m. |

       The above-captioned matter is set on May 30, 2013 before this Court for a status regarding the conditions of Anthony Mitchell's release. In February 2013, Mr. Mitchell self-surrendered in a related case for which he is on supervised release (08-CR-460 PJH). The Probation Office had issued a Probation Form 12 alleging that Mr. Mitchell committed a new criminal offense. At a bail hearing on February 20, 2013, the Honorable Donna M. Ryu ordered Mr. Mitchell released on conditions that included electronic home monitoring. The government opposed Mr. Mitchell's request to be released.

       A few weeks later, the government filed a complaint based on the same charges alleged in the Form 12. On March 27, 2013, Mr. Mitchell made an initial appearance on the complaint

1

charging him with possession with intent to distribute a controlled substance, and this Court ordered Mr. Mitchell released in this case on the same conditions that were set by Judge Ryu in February on the related case.

Last week Mr. Mitchell had knee surgery. Because of this surgery, at his last magistrate court appearance on May 15, 2013, this Court temporarily removed Mr. Mitchell's electronic monitoring condition for his surgery and for his recovery needs. Because Mr. Mitchell is still recovering from his surgery, the parties stipulate and agree that it is appropriate to continue the bail review hearing to June 26, 2013 at 9:30 a.m. before the sitting United States Magistrate Court. The purpose of the hearing is to assess when the electronic monitoring condition should be reimposed as a condition of Mr. Mitchell's release.

The parties further stipulate and agree that all other terms of Mr. Mitchell's supervised release in case number (08-CR-460 PJH) and his pretrial release conditions in this case shall remain in effect. The Probation Officer assigned to supervise Mr. Mitchell has no objection to this request.

Finally, the parties stipulate and agree that an exclusion of time is appropriate in this case until June 26, 2013. The defense needs time to assess and to review the discovery and to collect records and to research and assess the guideline range. For these reasons, the defense requests additional time to prepare. Moreover, Mr. Mitchell's unavailability due to his surgery and recovery is a further basis to exclude time in this case.

For these reasons, the parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties further agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the parties agree that the period of time from May 30, 2013 until June 26, 2013, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel,

taking into account the exercise of due diligence. Additionally, time should be excluded pursuant to Section 3161(h)(3)(A) based on Mr. Mitchell's unavailability.

DATED: May 28, 2013                               /S/
                                        BRIGID S. MARTIN
                                        Assistant United States Attorney

DATED: May 28, 2013                               /S/
                                        ANGELA M. HANSEN
                                        Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the Court has temporarily lifted the electronic monitoring condition for defendant's surgery;

2. Given that defendant is still recovering from his surgery;

3. Given that the parties are in agreement that defendant's bail review hearing may be continued and given that the Probation Office has no objection to this request;

4. Given defense counsel's need to review the discovery in this case and that the defense needs additional time to collect records and to research and assess the sentencing guideline range;

5. Given that these above-listed tasks are necessary for the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

6. Given that Mr. Mitchell's surgery and recovery has made him unavailable until June 26, 2013;

7. Given that the ends of justice served by this continuance outweigh the best interest of the public and defendant in a speedy trial;

Based on these findings, it is ordered that the bail review hearing date of May 30, 2013, scheduled at 9:30 a.m., is vacated and reset for June 26, 2013 at 9:30 a.m., before the sitting United States Magistrate Judge. All other conditions of defendant's release shall remain in effect.

It is further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and pursuant to § 3161(h)(3)(A) from May 16, 2013 to June 26, 2013.

May 29, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge